1
2
3
4
5
6
7
8
9
10                        IN THE UNITED STATES DISTRICT COURT
11                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13    ROBERT P. SMITH III, D-00615,        )
                                           )
14                        Plaintiff,       )    No. C 10-4562 CRB (PR)
                                           )
15        vs.                              )    ORDER OF DISMISSAL
                                           )
16    STATE OF CALIFORNIA, et al.,         )
                                           )
17                        Defendants.      )
                                           )
18
19        Per order filed on March 5, 2012, the court granted defendants' motion to
20   dismiss plaintiff's pro se prisoner complaint alleging various violations of his
21   federal and state rights while at California State Prison, Corcoran (CSP-COR)
22   and while at Salinas Valley State Prison (SVSP), and gave plaintiff partial leave
23   to amend to state a possible claim of inadequate medical care at SVSP. The court
24   made clear that failure to amend within 30 days of the order would result in the
25   dismissal of this action.
26        Per order filed on April 30, 2012, the court dismissed the action without
27   prejudice because more than 40 days had elapsed and plaintiff had not amended
28   or sought an extension of time to do so. Plaintiff moved for reconsideration.

Per order filed on August 17, 2012, the court granted plaintiff's motion for reconsideration and vacated the April 30, 2012 order of dismissal and corresponding judgment. The court afforded plaintiff a final opportunity to amend to state a possible claim of inadequate medical care at SVSP, as indicated in the March 5, 2012 order, by no later than September 28, 2012. Plaintiff instead responded by filing a motion for reconsideration and/or request for an extension of time, as he has done time and time again in his cases in this court.

Per order filed on September 14, 2012, the motion for reconsideration and/or request for an extension of time was denied and plaintiff was warned that failure to file a proper amended complaint by September 28, 2012 would result in the dismissal of this action.

Nearly a month's time has passed since a proper amended complaint was due and plaintiff still has not amended or filed any other pleading in this case. The action is DISMISSED.

The clerk is directed to enter judgment in accordance with this order and to close the file.

SO ORDERED.

DATED: Oct. 26, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Smith, R2.10-4562.dismissal2.wpd

2